**No. 55845.**—SUIT 4654.—Khosrovschahi & Co. v. United States.—

——Abstract 54347 affirmed June 5, 1951.   C. A. D. 460.